IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| ROBERT W. PARRISH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | Civil Action No. |
| Defendant. | ) | 1:03-CV-217-C |

### ORDER OF DISMISSAL

**THIS MATTER** comes before the court on the Report and Recommendation filed August 17, 2005 (Doc. 26). Neither party has filed objections within the ten-day period specified in 28 U.S.C. § 636(b)(1).

**WHEREFORE,**

**IT IS HEREBY ORDERED** that the Report and Recommendation is adopted by the court.

**IT IS FURTHER ORDERED** that the decision of the Commissioner is affirmed and Plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that a judgment in accordance with the terms of this order shall be entered forthwith.

Dated September 2, 2005.

SAM R. CUMMINGS
UNITED STATES DISTRICT COURT